MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/14/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARADISE MORGAN, Individually and as the representative of a class of similarly situated persons,

            *Plaintiff*,

v.

CAMELIA BEAUTY, LLC d/b/a Le Mini Macaron,

            *Defendant.*

Civil Action No. 1:24-cv-02033

**STIPULATION TO EXTEND TIME TO ANSWER**

---

It is stipulated by and between the attorneys for Plaintiff, PARADISE MORGAN, individually and as the representative of a class of similarly situated persons, ("Plaintiff"), and Defendant CAMELA BEAUTY, LLC d/b/a Le Mini Macaron ("Defendant"), as follows:

1. The time for Defendant to answer or move with respect to the Complaint in the above captioned lawsuit is hereby extended until and through June 13, 2024.

2. A faxed or emailed copy of this Stipulation, including the signatures of the undersigned attorneys, shall be deemed to be an original copy, for all purposes.

3. This Stipulation can be signed in counterparts.


Dated: New York, New York
       May 14, 2024


SHAKED LAW GROUP, P.C.                            THOMPSON & SKRABANEK, PLLC

By:                                                By: [signature]
 /s/ Dan Shaked, Esq.                              _____
Dan Shaked, Esq.                                   Mastewal Taddese Terefe, Esq.

1

| | |
|---|---|
| 14 Harwood Court, Suite 415<br>Scarsdale, NY 10583<br>Tel: (917) 373-9128<br>ShakedLawGroup@Gmail.com | 515 Madison Avenue, 31st Floor<br>New York, NY 10022<br>Tel: (646) 568-4280<br>mterefe@ts-firm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this 14 day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE