THOMPSON & SKRABANEK, PLLC

NEW YORK

515 MADISON AVENUE, 31ST FLOOR, NEW YORK, NY 100122 | (646) 568-4280 | CONTACT@TS-FIRM.COM

June 13, 2024

**Via ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Paradise Morgan v. Camelia Beauty, LLC d/b/a Le Mini Macaron*
Civil Action No. 1:24-cv-02033-ALC

Dear Judge Carter:

The undersigned represent all the Parties in the above referenced matter. We write to inform the Court that the parties have a settlement in principle and the settlement agreement is in the process of being finalized. Once the agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

**SHAKED LAW GROUP, P.C.**

Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
T: (917) 373-9128
ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

**THOMPSON & SKRABANEK, PLLC**

Mastewal Taddese Terefe, Esq.
515 Madison Avenue, 31st Floor
New York, NY 10022
T: (646) 568-4010
mterefe@ts-firm.com
*Attorneys for Defendant*